Estado Libre Asociado de Puerto Rico
**TRIBUNAL DE APELACIONES**
**PANEL ESPECIAL**

| Luisito Aguilar Abreu<br><br>Peticionario<br><br>vs.<br><br>Municipio de Hatillo<br><br>Recurrido | KLCE202400716 | ***CERTIORARI***<br>procedente del Tribunal de Primera Instancia, Sala de Camuy<br><br>Civil Núm.: C2AC2017-0015<br><br>Sobre: Despido Injustificado |
|---|---|---|

Panel integrado por su presidente, el Juez Rivera Colón, el Juez Ronda del Toro y la Jueza Díaz Rivera.

Rivera Colón, Juez Ponente

**SENTENCIA**

En San Juan, Puerto Rico, a 17 de julio de 2024.

El recurso de epígrafe fue presentado el 1 de julio de 2024, por el señor Luisito Aguilar Abreu (en adelante, peticionario).

Iniciado el trámite, dictamos "Resolución" el 3 de julio de 2024, y concedimos término a la parte recurrida para someter su alegato en oposición. Empero, el 15 de julio de 2024, compareció el peticionario mediante "Moción Informativa y en Solicitud de Desistimiento", en la cual informa que:

. . . . . . . .

*1. Radicado el presente recurso de Certiorari, la parte recurrida se ha comunicado, a través de su representante legal para informar que:*
*a. Que el Municipio de Hatillo tiene disponibles los fondos para el pago total de la sentencia dictada en el caso Luisito Aguilar Abreu y Municipio de Hatillo, Número C2A020170015, sobre la cual se relaciona la presente Petición de Certiorari, por lo cual nos refirió una Certificación firmada por la Directora de Finanzas, Ana Z. Rosa Padilla, con fecha de 12 de julio de 2024.*

*2. Que mediante email en el cual fue referida la Certificación el representante legal informó que "... el Municipio de Hatillo ha identificado los fondos para el pago de la Sentencia en el caso que nos compete. Adjunto a este correo podrá ver copia de la certificación*

*al respecto y que "El pago de dicha sentencia se estará coordinando con premura y se efectuará por el total del monto de la Sentencia tal y cual fue dictada. Ante esta situación, me parece que lo propio por su parte debe ser desistir del Certiorari que ha radicado."*

*3. A tenor con la información suplida dialogamos en relación a lo comunicado y ante la disposición de cumplir con el pago de la sentencia con premura, es decir, establecido el compromiso de proceder de inmediato a ejecutar los procedimientos para efectuar su pago y así quedar satisfecha el pago de la sentencia de conformidad con las responsabilidades requeridas en las leyes y procedimientos y regulaciones aplicables y, en cumplimiento con nuestra responsabilidad de informar al Tribunal sobre los asuntos que competen a los casos sometidos ante los foros judiciales pertinentes, respetuosamente, informamos haber aceptado que el Municipio proceda a realizar el pago de la sentencia conforme lo han certificado en el documento y con la premura que así se han comprometido a realizarlo. 4, Ante los acuerdos alcanzados entre las partes, según hemos informado en este documento, así como en el anejo incluido, respetuosamente, notificamos que estamos desistiendo del presente recurso instado, toda vez, que la parte recurrida voluntariamente ha accedido a satisfacer la sentencia con premura, en los términos informados al Tribunal en la presente Moción, cuyo compromiso hemos aceptado, con lo cual resulta innecesario la utilización del presente recurso radicado ante el presente Tribunal de Apelaciones, por lo cual presentamos nuestro desistimiento.*

.     .     .     .     .     .     .     .

Atendido lo expuesto, se desestima con perjuicio el presente recurso por el desistimiento de la parte peticionaria.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda.  Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones